# *IN THE DISTRICT COURT OF THE UNITED STATES*
## *for the Western District of New York*

**APRIL 2026 GRAND JURY**
**(Impaneled April 27, 2026)**

**THE UNITED STATES OF AMERICA**

***-vs-***

**TIMOTHY KUHN**

**INDICTMENT**

**Violations:**
Title 18, United States Code,
Sections 844(i)
(1 Count)

**COUNT 1**

**(Arson of Property Used in Interstate Commerce Resulting in Death)**

**The Grand Jury Charges That:**

On or about February 28, 2004, in the Western District of New York, the defendant, TIMOTHY KUHN, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, real property, that is, a rental property located at 17 Yates Street, Rochester, New York, which property was used in interstate and foreign commerce and used in an activity affecting interstate and foreign commerce, resulting in the death of S.S., a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Section 844(i).**

DATED: Rochester, New York, October 8, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY: ***s/Melissa Marangola***
MELISSA MARANGOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/399-3925
Melissa.Marangola@usdoj.gov

A TRUE BILL:

***s/Foreperson***
FOREPERSON

AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court

**for the**
**Western District of New York**

**United States of America**

**v.**

**TIMOTHY KUHN**

*Defendant*

**Case No. 26-CR-6089 CJS**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **TIMOTHY KUHN**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Defendant knowingly and maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, real property, that is, a rental property located at 17 Yates Street, Rochester, New York, which property was used in interstate and foreign commerce and used in an activity affecting interstate and foreign commerce, resulting in the death of S.S., a person known to the Grand Jury, in violation of Title 18, United States Code, Section 844(i).

Date: October 8, 2026

*Issuing officer's signature*

City and State: Rochester, New York

ANDREW W. MOELLER
CLERK OF COURT
*Printed name and Title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________, at *(city and state)* __________________________________________.

Date: ____________

*Arresting officer's signature*

*Printed name and title*